GEORGE STEELE, Appellant, v. THE TOWN OF WAYNE, Respondent.— Judgment and order affirmed, with costs. All concurred.

DANIEL F. STROBEL, Respondent, v. THE PRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred; De Angelis, J., not sitting.

FRANK J. RECK, Respondent, v. FRANK X. BERNHARDT, Appellant, Impleaded with CITY LUMBER COMPANY, INC., Respondent, and Others.— Judgment affirmed, with separate bills of costs to each of the respondents appearing upon this appeal by separate attorney and filing brief. All concurred.

In the Matter of the Estate of WARDELL G. ROBINSON, Deceased.— Decree affirmed, with separate bills of costs to each of the respondents appearing upon this appeal by separate attorney and filing brief, payable out of the estate. All concurred.

NEWMAN BROTHERS GRAIN CO., INC., Appellant, v. GEORGE W. BURLING, Respondent.— Judgment affirmed, with costs. All concurred.

THE SCHWALB COAL COMPANY, Respondent, v. SABINA C. DECKER, Appellant.— Judgment affirmed, with costs. All concurred.

COOPER COMPANY, Respondent, v. MARY HOAG, Impleaded with ALEXANDER B. ENOCH, Appellant.— Judgment affirmed, with costs. All concurred.

WILLIAM G. CROSS, Respondent, v. WESTCOTT-JEWELL COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

ZYGMUNT WIENCKOWSKI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

STELLA WIENCKOWSKI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FAIRMONT CREAMERY COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concurred.

JEREMIAH McNAMARA, Respondent, v. INTERNATIONAL RAILWAY COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

HELEN E. McNAMARA, an Infant, by MARY McNAMARA, Her Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

CECELIA CRONYN, an Infant, by MARGARET CRONYN, Her Guardian ad Litem, Respondent, v. BUFFALO BREWING COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concurred.

MARGARET CRONYN, Respondent, v. BUFFALO BREWING COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concurred.

JOHN SCRAB, Appellant, v. WALKER D. HINES, as Director-General of Railroads, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.